Doc ID: 005756040002 Type: DEE
Recorded: 12/31/2009 at 03:05:26 PM
Fee Amt: $21.00 Page 1 of 2
Fauquier County, VA
Gail H Barb Clerk of Circuit Court
File# 2009-00012324
BK 1334 PG 2316-2317

TAX MAP # 7916288267000                                           S&B#: 09-169113V

## APPOINTMENT OF SUBSTITUTE TRUSTEES

WHEREAS, <u>BANK OF AMERICA, N.A.</u> is the present holder or authorized agent of the holder of the Note secured by the below described Deed of Trust (hereafter referred to as "Noteholder"), GRANTOR herein, and the "Original Grantor(s)" of said Deed of Trust is/are <u>GLEN T. MACNAUGHTON AND LAURIE L. MACNAUGHTON</u>, GRANTOR(S) for recordation: And the Grantee(s) herein is "Substitute Trustee" <u>PROFESSIONAL FORECLOSURE CORPORATION OF VIRGINIA</u> whose place of business is 236 Clearfield Avenue, Suite 215, Virginia Beach, VA 23462.

WHEREAS, by a Deed of Trust dated <u>May 26, 2006</u>, and recorded among the land records of the <u>COUNTY OF FAUQUIER</u>, Virginia, as Deed Book/instrument number <u>1218 AT PAGE 1311</u>, the said "Original Grantor(s)" conveyed to <u>PRLAP, INC</u>, the Original Trustee(s) certain real property described in said Deed of Trust to secure an indebtedness evidenced by a promissory note of the same date and also described in said Deed of Trust, which said Deed of Trust provides that the Noteholder may remove the Original Trustees and appoint substitute trustees; and

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned Noteholder does hereby remove the Original Trustees and/or successors and appoint as Substitute Trustee the GRANTEE, and said Substitute Trustee may act in accordance with the provisions of said Deed of Trust, and does succeed to all the title, power and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

PREPARED BY AND RETURN TO: SHAPIRO & BURSON, LLP                   1 of 2
236 CLEARFIELD AVE, SUITE 215
VIRGINIA BEACH, VA 23462

Exhibit 2

Case 4:12-cv-00095-RBS-TEM   Document 6-2   Filed 07/11/12   Page 3 of 3 PageID# 64

WITNESS the following signature dated October 31, 2009.

NOTEHOLDER: BANK OF AMERICA, N.A.

By: _____
(Seal)   Stacey Kranz, Vice President

STATE OF NEW )
YORK

COUNTY OF ERIE ) SS.

On October 31, 2009, before me, Dolores V. Bald, personally appeared Stacey Kranz, Vice President, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

Witness my hand and official seal.

_Dolores V. Bald_
(Seal)   Notary Public
My Commission expires:

Sept. 30, 2013

PREPARED BY AND RETURN TO:
SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462

File 09-169113V

Dolores Bald
Notary Public, State of New York
Reg. No. 01BA4740963
Qualified in Erie County
My Commission Expires Sept. 30, 2013

RECORDED IN CLERKS OFFICE OF
FAUQUIER ON
December 31, 2009 AT 3:05:26 PM
$0.00 GRANTOR TAX PD
AS REQUIRED BY VA CODE §58.1-802
STATE: $0.00 LOCAL: $0.00
FAUQUIER COUNTY, VA
GAIL H BARB CLERK OF CIRCUIT COURT

2 of 2

_Gail H Barb_, Clerk